UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

                     Plaintiff,

vs.

CHICWISH, LLC,

                     Defendant.
---------------------------------------------------------------x

Case No.: 1:23-cv-00093-LJL

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Roberta Feliz hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendant Chicwish, LLC.

DATED:  March 31, 2023        **MIZRAHI KROUB LLP**

                                                /s/ William J. Downes
                                               WILLIAM J. DOWNES

EDWARD Y. KROUB
WILLIAM J. DOWNES
225 Broadway, 39th Floor
New York, NY  10007
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*